IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BLUE AIR TRAINING CORPORATION,

    Plaintiff,

v.                                                      Civil No. 2:23-CV-0734-KG-JHR

COLLIN HADLEY, TONY JAYNE, DESERT
AVIATION, LLC, and WILLIAM CODY JONES,

    Defendants.

## ORDER

    This matter is before the Court on Plaintiff Blue Air Training Corporation's Motion to Extend Deadline for Filing Response to Motion for Summary Judgment Filed by Defendant Collin Hadley, (Doc. 127), filed March 7, 2025. Although Defendant Hadley did not stipulate to Plaintiff's requested extension, he did not file a Response.

    In its Motion, Plaintiff requests a one-week extension to respond to Defendant Hadley's Motion. By failing to respond to Plaintiff's Motion, Defendant Hadley effectively consents to grant the motion. *See Lewis v. XL Catlin*, 542 F.Supp.3d 1159, 1168 n.6 (D.N.M. June 4, 2021) ("Implicit in [the Court's Local Rule 7.1(b)] is that the failure to respond to an argument raised in a motion constitutes consent to grant the motion to the extent associated with that particular argument."). Moreover, the Court finds providing Plaintiff with a one week extension will not prejudice Defendant Hadley. Thus, the Court grants Plaintiff's Motion, and will consider its Response, (Doc. 126), to Defendant Hadley's Motion for Summary Judgment, (Doc. 111).

    IT IS SO ORDERED.           /s/ KENNETH J. GONZALES[1]
                                                          CHIEF UNITED STATES DISTRICT JUDGE

---

1 Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.