### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

BLUE AIR TRAINING CORPORATION,

     Plaintiff,

vs.                                                                  CIVIL NO. 2:23-CV-0734-KG-JHR

COLLIN HADLEY, TONY JAYNE, DESERT
AVIATION, LLC, and WILLIAM CODY JONES,

     Defendants.

---

### PARTIALLY STIPULATED AND PARTIALLY UNOPPOSED ORDER ON DESERT AVIATION, LLC'S AND TONY JAYNE'S UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL SUMMARY JUDGMENT RESPONSE AND EVIDENCE

The Court has considered Desert Aviation, LLC and Tony Jayne's (collectively, "Desert Aviation Parties") Unopposed Motion for Leave to File Supplemental Summary Judgment Response and Evidence, (Doc. 151), and finds that the Motion should be granted.  Accordingly, it is hereby Ordered as follows:

1. The Desert Aviation Parties are granted leave to file supplemental responses, with additional supporting evidence, to the following: Blue Air Training Corporation's Cross Motion for Partial Summary Judgment as to Duty and Liability Against Collin Hadley and Tony Jayne, (Doc. 62); Collin Hadley's Motion for Partial Summary Judgment on the Desert Aviation Parties' Cross-Claims for Contribution and Indemnity, (Doc. 63); William Cody Jones' Motion for Summary Judgment on the Desert Aviation Parties' claims against him, (Doc. 71).

2. Blue Air Training Corporation, Collin Hadley, and William Cody Jones are granted leave to file a supplemental reply with additional supporting evidence to the Desert Aviation Parties' supplemental responses.

Page | 1

3.  The Desert Aviation Parties' supplemental summary judgment responses and

    evidence are due on or before June 30, 2025.

4.  Any supplemental replies and evidence by Blue Air Training Corporation, Collin

    Hadley, and William Cody are due on or before July 21, 2025.

**It is so ordered.**

/s/ KENNETH J. GONZALES[1]
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.

Respectfully submitted,

*/s/ Michael Rumac*
Michael S. Rumac
mrumac@grsm.com
(505) 998-0662
8500 Menaul Blvd., Suite A-335
Albuquerque, NM 87112

James E. Robinson
jrobinson@grsm.com
(215) 717-4007
1717 Arch Street, Suite 610
Philadelphia, PA 19103

*Attorney for Defendants Tony Jayne and Desert Aviation, LLC*

**Agreed as to form and substance**

*Approved via email on 05/13/2025*
C. Thomas Ludden
*Attorney for Plaintiff*

**Agreed as to form and substance**

*No opposition to this proposed order provided via email on 05/12/2025*
Joshua K. Smith
*Attorney for Defendant*
*William Cody Jones*

**Agreed as to form and substance**

*Approved via email on 05/12/2025*
Katrina Bagley
*Attorney for Defendant Collin Hadley*