IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BLUE AIR TRAINING CORPORATION,

     Plaintiff,

vs.                                                                                   CIVIL NO. 2:23-CV-0734-KG-JHR

COLLIN HADLEY, TONY JAYNE, DESERT
AVIATION, LLC, and WILLIAM CODY JONES,

     Defendants.

---

### ORDER ON DEFENDANTS DESERT AVIATION, LLC AND TONY JAYNE'S UNOPPOSED MOTION FOR RETROACTIVE EXTENSION TO RESPOND TO MAGISTRATE JUDGE'S MEMORANDUM OPINION AND ORDER GRANTING IN PART DEFENDANT JONES' MOTION TO COMPEL (DOC. 192)

The Court has considered Defendants Desert Aviation, LLC and Tony Jayne's (collectively the "Desert Aviation Parties") unopposed motion for retroactive extension to respond to the Memorandum Opinion and Order Granting in Part Defendant Jones' Motion To Compel (Doc. 192) (the "Order") and finds that the motion should be granted.

Accordingly, it is hereby ORDERED that the deadline for the Desert Aviation Parties to file any objections and otherwise respond to the Order is June 10, 2026.

                          /s/Kenneth J. Gonzales
                          CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Respectfully submitted

*/s/ Michael Rumac*
Michael S. Rumac
mrumac@grsm.com
(505) 998-0662
8500 Menaul Blvd., Suite A-335
Albuquerque, NM 87112

James E. Robinson
jrobinson@grsm.com
(215) 717-4007
1717 Arch Street, Suite 610
Philadelphia, PA 19103

*Attorney for Defendants Tony Jayne and
Desert Aviation, LLC*

**Approved as no objection to motion and
stipulated to extension**

*Approved via email on 6-4-2026*
C. Thomas Ludden
*Attorney for Plaintiff*

**Approved as no objection to motion or
extension**

*No objection to order noted via email on
6-4-2026*
Joshua K. Smith
*Attorney for Defendant
William Cody Jones*

**Approved as no objection to motion or
extension**

*Approved via email on 6-4-2026*
Katrina Bagley
*Attorney for Defendant Collin Hadley*