**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**BLUE AIR TRAINING CORPORATION,**

**Plaintiff,**

**v.** **No. 2:23-cv-0734-KG-JHR**

**COLLIN HADLEY, TONY JAYNE,**
**DESERT AVIATION, LLC, and**
**WILLIAM CODY JONES,**

**Defendants.**

## ORDER SETTING ORAL ARGUMENT ON MOTION

IT IS HEREBY ORDERED that the Court will hear oral argument on **MONDAY, August 31, 2026, at 9:30 a.m. MT** regarding the Joint Motion to Compel Plaintiff Blue Air Training Corporation's Discovery Responses and Deposition Witnesses (the "Motion to Compel") (Doc. 156) filed by Defendants Desert Aviation, LLC, Tony Jayne, and Collin Hadley by Zoom videoconferencing with all participants appearing remotely. One or more lead counsel for each party to the discovery disputes at issue must participate unless excused by the Court. Parties represented by counsel need not attend.

The Zoom Meeting ID and Passcode are:

ZoomGov Meeting: https://nmd-uscourts.zoomgov.com/j/1657278375
Meeting ID: 165 727 8375
Passcode: 361442

Counsel are directed to confer with one another to attempt to narrow the discovery disputes, and, no later than **5:00 p.m. on August 27, 2026,** must file on the record a joint status report

addressing the efforts they have made to resolve their discovery disputes, which disputes have been resolved, and which remaining disputes should be addressed at the hearing.

HON. JERRY H. RITTER
United States Magistrate Judge